|                                                          |
| -------------------------------------------------------- |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

In Re:

_____

Debtor.

**Order Filed on March 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Judge: _____

Chapter: _____

**ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 4, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:** _____
**Case No.:**     _____(RG)
**Caption of Order:**     Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on _____; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.