UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nayana R Desai

Debtor.

Case No.: 24-11112

Judge: Gambardella

Chapter: 13

# ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 4, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2 of 2

**Debtor:** Nayana R Desai

**Case No.:** 24-11112 (RG)

**Caption of Order:** Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor completed the required credit counseling course on February 27, 2024; and for good cause shown; it is

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11112-RG |
| Nayana R Desai | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 04, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nayana R Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3