UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nelson Diaz, Esq.
LaRocca Hornik Greenberg Kittredge Carlin & McPartland LLP
475 County Rd. 520, Ste. 200
Marlboro, NJ 07746
212-536-3529
Ndiaz@privatelenderlaw.com
Attonreys for SSA NE ASSETS, LLC

In Re:
Nayana R Desai

Case No.: 24-11112RG
Chapter: 13
Judge: Rosemary Gambardell

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _SSA NE Assets, LLC_. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 475 County Rd. 520, Ste. 200
Marlboro, NJ 07746

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 04/11/2024

/s/ Nelson Diaz
Signature

new.8/1/15