24-1112-RG

Hi

my NAME NAyana R. DESAI

We got some problam in Family

Fanily meber in Hospital

I supose to come Monday in Court

See IF you give me extason

Thank you 3 week extason

N. R. Desai