| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>NAYANA R DESAI |

Case No.: 24-11112

Adv. No.:

Hearing Date:  8/7/2024

Judge:  RG

### CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 8/7/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **proposed order denying motion to vacate dismissal order**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtor:
NAYANA R DESAI
855 NEW DOVER RD
EDISON, NJ  08820-1806
Mode of Service:  Regular Mail

---
Attorney for SSA NE Assets, LLC:
Rick Pepsny, Esq.
475 County Road 520
Marlboro, NJ  07746-7746
Mode of Service: via E-Mail

---

Dated:  August 07, 2024

By:   /S/  Lauren O'Shea
       Lauren O'Shea