UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on August 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NAYANA R. DESAI

Case No.: 24-11112

Hearing Date: 8/7/2024

Judge: Rosemary Gambardella

# ORDER DENYING MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 12, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: NAYANA R. DESAI

Case No.  24-11112

Caption of Order: **ORDER DENYING MOTION TO VACATE DISMISSAL ORDER**

---

THIS MATTER having come before the Court on a Motion to Vacate the Dismissal Order on August 7, 2024 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Motion is denied for lack of prosecution