```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550
(973) 227-2840
Chapter 13 Standing Trustee
```

**Order Filed on August 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NAYANA R. DESAI

Case No.:  24-11112

Hearing Date:  8/7/2024

Judge:  Rosemary Gambardella

# ORDER DENYING MOTION TO VACATE DISMISSAL ORDER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 12, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: NAYANA R. DESAI

Case No.  24-11112

Caption of Order: **ORDER DENYING MOTION TO VACATE DISMISSAL ORDER**

---

THIS MATTER having come before the Court on a Motion to Vacate the Dismissal Order on August 7, 2024 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the Motion is denied for lack of prosecution

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11112-RG
Nayana R Desai  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: Aug 12, 2024      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nayana R Desai, 855 New Dover Rd, Edison, NJ 08820-1806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nelson Diaz | on behalf of Creditor SSA NE Assets LLC ndiaz@privatelenderlaw.com bkecf@milsteadlaw.com |
| Richard J. Pepsny | on behalf of Creditor SSA NE Assets LLC pepsnylawfirm@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5